UNITED STATES BANKRUPTCY COURT
DISTRICT OF PUERTO RICO

IN RE:
NICOLAS GUZMAN ROSARIO
CARMEN N. VEGUILLA FLORES

DEBTOR(S)

BK. CASE 02-09507

CHAPTER 13



*Filed stamp: 02 SEP -9 PM 2:05 US BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO*

## CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee [X] directly [ ] by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: SEPT 7, 2002
[X] PRE [ ] POST-CONFIRMATION

[ ] AMENDED PLAN DATED: _____
FILED BY [ ] DEBTOR [ ] TRUSTEE [ ] OTHER

### I. PAYMENT PLAN SCHEDULE

$ 400.00 x 60 = 24,000.00
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
$ ___ x ___ = ___
TOTAL = 24,000.00

Additional Payments:
$ ___ to be paid as a LUMP SUM within ___ with proceeds to come from
[ ] Sale of property identified as follows:
_____
[ ] Other: _____

Periodic Payments to be made other than, and in addition to the above.
$ ___ x ___ = ___

PROPOSED BASE: $ 24,000.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)
a. Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 1,300.00
b. Additional Fees: $ ___
c. Adjusted Balance $ ___

Signed: *Nicolas Guzman Rosario*
DEBTOR

*Carmen N. Veguilla Flores*
JOINT DEBTOR

### II DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS CR ___ $ ___
B. SECURED CLAIMS.
   [ ] Debtor represents no secured claims.
   [X] Creditors having secured claims will retain their liens and shall be paid as follows:

   1. [X] Trustee pays secured ARREARS:
   Cr. DORAL          Cr. DORAL           Cr. _____
   # 89052            # 300 36 360        # _____
   $ 4,568.34         $ 1,106.35          $ _____

   2. [X] Trustee pays IN FULL Secured Claims
   Cr. FMCC           Cr. BBVA            Cr. _____
   # 3,000.00         # 6,240.70          # _____

   3. [ ] Trustee pays VALUE OF COLLATERAL
   Cr. ___            Cr. ___             Cr. ___
   # ___              # ___               # ___
   $ ___              $ ___               $ ___

   4. [X] Debtor SURRENDERS COLLATERAL to Lien Holder:
   SHARES COOP A/C AGUAS BUENAS
   5. [X] OTHER: DEBTOR TO PROVIDE AUTO INSURANCE UPON MATURITY TO FMCC & BBVA THRU MIDLAND
   6. [X] Debtor Otherwise maintains regular payments directly to:
   DORAL FINANCIAL MORTGAGE LOANS COMMENCING ON OCT 2002

C. PRIORITIES. The Trustee shall pay priorities in accordance with the law.
   (11 U.S.C. § 507 and § 1322 (a)(2) HAC $487.00

D. UNSECURED CLAIMS. Plan [ ] Classifies [ ] Does not Classify Claims.
   1. (a) Class A: [ ] Co-debtor Claims / [ ] Other: ___
                   [ ] Paid 100% / [ ] Other: ___
   Cr. ___          Cr. ___              Cr. ___
   # ___            # ___                # ___
   (b) [ ] Other: ___

2. Unsecured Claims otherwise receive PRO-RATA disbursements

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecured, etc.)*
DEBTOR CONSENT TO THE LIFT OF STAY IN FAVOR OF FIRST BANK CAR IN POSSESSION OF THIRD PARTY.
FMCC OF BBVA SECURED CLAIMS TO BE PAID AHEAD OF ANY OTHER SECURED CLAIMS & PRIORITY CLAIMS

LCDO. ROBERTO FIGUEROA CARRASQUILLO
ATTORNEY FOR DEBTOR: *signature*                Phone: 744-7699

SEP 12 2002